Michael L. Schrag (SBN 185832)
Joshua J. Bloomfield (SBN 212172)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
mls@classlawgroup.com
jjb@classlawgroup.com

*Counsel for Plaintiffs
and the Proposed Classes*

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION,<br><br>Plaintiffs,<br><br>v.<br><br>JBS S.A., et al.,<br><br>Defendant.<br><br>v.<br><br>CENTRAL VALLEY MEAT CO, INC.; and HARRIS RANCH BEEF COMPANY,<br><br>Respondents. | Case No.<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL CENTRAL VALLEY MEAT CO., INC.'S PRODUCTION OF DOCUMENTS PURSUANT TO RULE 45 SUBPOENA**<br><br>Date:   February __, 2023<br>Time:<br>Courtroom: |

PLEASE TAKE NOTICE that Plaintiffs[1] bring this motion pursuant to United States District Court for the Eastern District of California Local Rule 251 and Federal Rule of Civil Procedure 45, to compel nonparty independent packer Central Valley Meat Co., Inc. ("Central Valley") to produce all

---

[1] "Plaintiffs" refers collectively to the Cattle Plaintiffs, Direct Purchaser Plaintiffs, Commercial and Institutional Indirect Purchaser Plaintiffs, Consumer Indirect Purchaser Plaintiffs, Winn-Dixie Stores, Inc., and Bi-Lo Holding, LLC.

documents in its possession, custody and control responsive to the subpoena served upon it on April 25, 2022.

This motion will be heard as soon as possible, on the date and at the time determined by the Court, before the Magistrate Judge assigned by the Court.

This motion is made in good faith pursuant to United States District Court for the Eastern District of California Local Rule 251 and Federal Rule of Civil Procedure 45, based on Central Valley's failure to timely object or respond, and refusal to produce documents pursuant to the subpoena. Plaintiffs' efforts to obtain Central Valley's participation and cooperation is fully described in the concurrently filed Joint Statement re Discovery Disagreement.

This motion is made on this notice, the concurrently filed Joint Statement re Discovery Disagreement, and such other evidence and argument as may be introduced at the time of the hearing on the motion.

Dated: February 1, 2023                    Respectfully submitted,

                                           /s/ Joshua J. Bloomfield
                                           **GIBBS LAW GROUP LLP**
                                           Michael L. Schrag (SBN 185832)
                                           Joshua J. Bloomfield (SBN 212172)
                                           1111 Broadway, Ste. 2100
                                           Oakland, California 94607
                                           Telephone:  510-350-9700
                                           Facsimile:  510-350-9701
                                           mls@classlawgroup.com
                                           jjb@classlawgroup.com

**PROOF OF SERVICE**

I am employed in the county of Alameda, State of California. I am over the age of 18 and not a party to the within action. My business address is: 1111 Broadway, Suite 2100, Oakland, California 94607.

On February 1, 2023, I served a copy of the foregoing documents described as follows:

**NOTICE OF MOTION AND MOTION TO COMPEL CENTRAL VALLEY MEAT CO., INC.'S PRODUCTION OF DOCUMENTS PURSUANT TO RULE 45 SUBPOENA**

on the following interested party(ies) in this action:

Michael S. Helsley
WANGER JONES HELSLEY PC
265 E. River Park Circle, STE 310
Fresno, CA 93720
PH: (559) 233-4800
FAX: (559) 233-9330
mhelsley@wjhattorneys.com

[__]     BY MAIL: by placing the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Oakland, California addressed as set forth above.

[__]     BY OVERNIGHT DELIVERY: by depositing the document(s) listed above in a sealed envelope for collection and delivery by FedEx with delivery fees paid or provided for in accordance with ordinary business practices.

[X]      BY EMAIL: by electronically transmitting a PDF version of above listed documents to the email addresses set forth above on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 1, 2023, at Oakland, California.


*Shariffa Payne*
Shariffa Payne