# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL VALLEY MEAT CO., INC., et al.,<br><br>Defendants. | Case No. 1:23-mc-00013-SAB<br><br>ORDER SETTING HEARING ON PLAINTIFF'S MOTIONS TO COMPEL FOR FEBRUARY 15, 2023<br><br>(ECF Nos. 1, 2) |

On February 1, 2023, Plaintiff In re Cattle and Beef Antitrust Litigation ("Plaintiff") filed motions to compel production of documents in response to subpoenas served on third parties Central Valley Meat Co., Inc. ("Central Valley") and Harris Ranch Beef Company ("Harris Ranch"). (ECF Nos. 1, 2.) The parties submitted a joint statement of discovery dispute on February 1, 2023. (ECF No. 4.) The Court shall therefore set the matter for hearing, pursuant to Local Rule 251.

Accordingly, IT IS HEREBY ORDERED that:

1. A hearing on Plaintiff's motions to compel production of documents pursuant to Rule 45 subpoenas against third parties Central Valley Meat Co., Inc. and Harris Ranch Beef Company (ECF Nos. 1, 2) is set for **February 15, 2023, at 10:00 a.m.** in **Courtroom 9**.

2.  Plaintiff shall serve a copy of this order on counsel for Central Valley and Harris Ranch **within three (3) days** of issuance of this order.

IT IS SO ORDERED.

Dated:  **February 3, 2023**

_____
UNITED STATES MAGISTRATE JUDGE