# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL VALLEY MEAT CO., INC., et al.,<br><br>Defendants. | Case No. 1:23-mc-00013-SAB<br><br>ORDER GRANTING STIPULATION RE: OUTSTANDING SUBPOENAS AND VACATING DATE HEARING ON MOTIONS TO COMPEL AND DEEMING MOTIONS WITHDRAWN<br><br>(ECF Nos. 1, 2, 11, 13) |

On February 1, 2023, Plaintiff In re Cattle and Beef Antitrust Litigation ("Plaintiff") filed motions to compel production of documents in response to subpoenas served on third parties Central Valley Meat Co., Inc. ("Central Valley") and Harris Ranch Beef Company ("Harris Ranch"). (ECF Nos. 1, 2.) The hearing on the motions is currently set for August 16, 2023. (ECF No. 11.) The parties attended an informal discovery conference on July 13, 2023, after which they were directed to file a stipulation and proposed order regarding the remaining pending discovery issues no later than July 26, 2023. (ECF No. 12.)

On July 26, 2023, the parties submitted a stipulation and proposed order re: the outstanding subpoenas and pending motions to compel. (ECF No. 13.) The parties proffer that, through their good faith efforts and cooperation, Respondents have substantially complied with the outstanding subpoenas; therefore, the parties agree to withdraw the pending motions to compel and request to

vacate the hearing on the motions.  Further, the parties agree Plaintiffs may reserve all rights to seek further documents from Respondents in the future, should it become necessary, and if Plaintiff need to issue additional subpoenas, counsel for Respondents will accept email service of such subpoenas.  In the meantime, the parties have agreed the previously at-issue organizational charts and redacted phone lists (see ECF No. 13 at 3) shall be produced on or before August 11, 2023.

Accordingly, good cause appearing and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The parties' requested relief re: the outstanding subpoenas is GRANTED as detailed in the parties' July 26, 2023 stipulation (ECF No. 13);

2. The motions to compel production of documents (ECF Nos. 1, 2) are deemed WITHDRAWN, without prejudice;

3. The August 16, 2023 hearing on the motions to compel is VACATED; and

4. Respondents shall produce the previously-identified organizational charts and redacted phone lists **no later than August 11, 2023**.

5. The parties shall submit a joint status report as to the status of this matter **no later than September 11, 2023.**

IT IS SO ORDERED.

Dated:   **July 27, 2023**

UNITED STATES MAGISTRATE JUDGE