**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Michael S. Helsley #199103
mhelsley@wjhattorneys.com
Steven K. Vote #309152
svote@wjhattorneys.com

Attorneys for:   Respondents, Central Valley Meat Co., Inc. and Harris Ranch Beef Company

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION<br><br>            Plaintiffs,<br><br>   v.<br><br>JBS S.A., et al.,<br><br>            Defendant.<br><br>   v.<br><br>CENTRAL VALLEY MEAT CO, INC.; and HARRIS RANCH BEEF COMPANY,<br><br>            Respondents. | Case No. 1:23-mc-0013-SAB<br><br>**JOINT STATUS REPORT REGARDING SUBPOENAS**<br><br>Judge: Hon. Stanley A. Boone<br>Courtroom: 9<br>Action Filed: February 1, 2023 |

Pursuant to the Court's July 27, 2023 Order Granting Stipulation Re: Outstanding Subpoenas and Vacating Date Hearing on Motions to Compel and Deeming Motions Withdrawn (ECF No. 14), Plaintiffs[1] and Respondents Central Valley Meat Co., Inc. and Harris Ranch Beef Company ("Respondents") (collectively, the "Parties"), by and through their counsel of record, hereby submit the following Joint Status Report Regarding Subpoenas.

---

[1] "Plaintiffs" refers collectively to the Cattle Plaintiffs, Direct Purchaser Plaintiffs, Commercial and Institutional Indirect Purchaser Plaintiffs, Consumer Indirect Purchaser Plaintiffs, Winn-Dixie Stores, Inc., and Bi-Lo Holding, LLC.

The Court's July 27, 2023 Order deemed Plaintiffs' motions to compel production of documents (ECF Nos. 1, 2) withdrawn, without prejudice and vacated the August 16, 2023 hearings on the motions.  The Order also directed Respondents to produce the previously-identified organizational charts and redacted phone lists to Plaintiffs.  Respondents has produced these documents to Plaintiffs.

The Parties are in agreement that Respondents have fulfilled their obligations pursuant to the Stipulation and [Proposed] Order Re: Outstanding Subpoenas (ECF No. 13) and subsequent Order by the Court.  The Parties are also in agreement that no further Court intervention is necessary at this time, though Plaintiffs reserve all rights to seek further documents from Respondents in the future as detailed in the Stipulation.

DATED: SEPTEMBER 11, 2023                WANGER JONES HELSLEY PC

                                         By:/s/ Steven K. Vote
                                              Michael S. Helsley
                                              Steven K. Vote
                                         Attorneys for Respondents Central Valley Meat
                                         Co., Inc. and Harris Ranch Beef Company

DATED: SEPTEMBER 11, 2023                GIBBS LAW GROUP LLP

                                         By: /s/ Joshua J. Bloomfield
                                              Joshua J. Bloomfield
                                         Attorneys for Plaintiffs and the Proposed Classes