# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL VALLEY MEAT CO., INC., et al.,<br><br>Respondents. | Case No. 1:23-mc-00013-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO ADMINISTRATIVELY CLOSE CASE |

On February 1, 2023, Plaintiff In re Cattle and Beef Antitrust Litigation ("Plaintiff") filed motions to compel production of documents in response to subpoenas served on third parties Central Valley Meat Co., Inc. ("Central Valley") and Harris Ranch Beef Company ("Harris Ranch"). (ECF Nos. 1, 2.) The parties attended an informal discovery conference on July 13, 2023, after which they were directed to file a stipulation and proposed order regarding the remaining pending discovery issues no later than July 26, 2023. (ECF No. 12.) On July 27, 2023, pursuant to the parties' stipulation and proposed order re: the outstanding subpoenas and pending motions to compel, the Court deemed Plaintiffs' motions to compel production of documents (ECF Nos. 1, 2) withdrawn and directed Respondents to produce the previously-identified organizational charts and redacted phone lists to Plaintiffs. (ECF No. 14.) The Court also ordered the parties to submit a joint status report as to the status of this matter no later than

1 September 11, 2023.  (Id.)

2 On September 11, 2023, the parties filed a status report indicating that the parties are in agreement that: Respondents have fulfilled their obligations pursuant to the stipulation re outstanding subpoenas and subsequent order by the Court; and that no further Court intervention is necessary at this time, although Plaintiffs reserve all rights to seek further documents from Respondents in the future as detailed in the stipulation.  (ECF No. 15.)

Given the status of this action, the Court finds it appropriate to administratively close the case, subject to any motion to reopen if there is any need to do so in light of the previous orders issued in this matter, and the subject matter of the subpoenas.

Accordingly, the Clerk of Court is DIRECTED to ADMINISTRATIVELY CLOSE this action.

IT IS SO ORDERED.

Dated:   **September 12, 2023**

UNITED STATES MAGISTRATE JUDGE